HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWARD BARQUET

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-0141 TLN |
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | |
| EDWARD BARQUET, | ) ) | Date: November 30, 2017 Time: 9:30 a.m. |
| Defendant. | ) ) | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Edward Barquet, that the status conference scheduled for November 30, 2017, at 9:30 a.m., be vacated and the matter continued to January 18, 2018, at 9:30 a.m., for status conference.

Defense counsel requires additional time to review discovery, interview witnesses and to obtain a fingerprint expert.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 18, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: November 22, 2017

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for JAMES SMALLWOOD

DATED: November 22, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Cameron Desmond*
CAMERON DESMOND
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 18, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 30, 2017 status conference shall be continued until January 18, 2018, at 9:30 a.m.

DATED: November 27, 2017

Troy L. Nunley
United States District Judge